Manuel OCHOA–GALAN, Petitioner,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 05–75284.

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2006.*

Decided July 27, 2006.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Manuel Ochoa–Galan, Pomona, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Susan K. Houser, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

** This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM **

Manuel Ochoa–Galan, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' decision affirming an immigration judge's decision that his domestic violence conviction under Cal.Penal Code § 273.5 made him ineligible for cancellation of removal under 8 U.S.C. § 1229b(b)(1)(C) because the conviction fell within 8 U.S.C. § 1227(a)(2)(E)(i). He contends that his conviction did not fall within § 1227(a)(2)(E)(i) because he never was admitted to the United States. This contention is foreclosed by *Gonzalez–Gonzalez v. Ashcroft*, 390 F.3d 649 (9th Cir.2004). Respondent contends that Ochoa–Galan failed to exhaust administrative remedies as to an argument that his conviction was not an aggravated felony. We do not read the opening brief to raise this argument.

**PETITION FOR REVIEW DENIED.**